UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRAVES, a/k/a ARTHUR JOHN GRAVES, a/k/a JOHN HISLE,<br><br>Plaintiff,<br><br>v.<br><br>TODD BROCKMAN, et al.,<br><br>Defendants. | Case No. 18-cv-05236-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 22, 2019

_____
SUSAN ILLSTON
United States District Judge